

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| THE PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF MADERA, et al.,<br><br>    Defendants. | Case Number C 06-7613 RMW (PVT)<br><br>ORDER RELATING CASE |

Plaintiff filed the instant action on December 13, 2006. The undersigned having determined that the instant action is related to earlier-filed case number C 79-1710 JF (PVT), IT IS HEREBY ORDERED that the instant action be RELATED to the earlier-filed case number and reassigned to the undersigned. In the future, all filings in the instant case shall bear the case number "C 06-7613 JF (PVT)."

DATED: 12/13/06

                                                      JEREMY FOGEL
                                                      United States District Judge

1  Copies of Order served on:

2

3  Counsel for Plaintiff:

4  John M. Peebles
   Michael A. Robinson
5  Patricia R. Lenzi
   Darcie L. Houck
6  Monteau & Peebles LLP
   1001 Second Street
7  Sacramento, CA 95814

8  Counsel for Defendants:

9  Dennis M. Cota
   Steven M. Ingram
10 Samuel L. Emerson
   Best Best & Krieger LLP
11 400 Capitol Mall, Suite 1650
   Sacramento, CA 95814
12
   David A. Prentice
13 County Counsel
   County Counsel of Madera
14 333 West Olive Avenue
   Madera, CA 93637
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 06-7613 RMW (PVT)
ORDER RELATING CASE
(JFLC2)