JOHN M. PEEBLES (BAR NO. 237582)
MICHAEL A. ROBINSON (BAR NO. 214666)
PATRICIA R. LENZI (BAR NO. 160176)
DARCIE L. HOUCK (BAR NO. 196556)
**MONTEAU & PEEBLES LLP**
1001 Second Street
Sacramento, California 95814
Telephone:   (916) 441-2700
Facsimile:   (916) 441-2067
Email:       mrobinson@ndnlaw.com

Attorney for Plaintiff,
The Picayune Rancheria of the
Chukchansi Indians

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS, a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>The COUNTY OF MADERA, a political subdivision of the State of California; The BOARD OF SUPERVISORS OF THE COUNTY OF MADERA; THOMAS P. KIDWELL, County of Madera Tax Assessor; TRACY DESMOND KENNEDY, County of Madera Treasurer/Collector; RAYBURN BEACH, County of Madera Planning Director; The COUNTY OF MADERA PLANNING DEPARTMENT,<br><br>Defendants. | Case No. C 06-07613-JF-PVT<br><br>PROPOSED ORDER RE CONTINUATION OF JANUARY 12, 2007 HEARING DATE |

Upon review of the Request to Continue Hearing on the Motion for Preliminary Injunction Pursuant to FRCP 7(b) and Civil Local Rule 7-7, IT IS HEREBY ORDERED that the Hearing currently scheduled for January 12, 2007 at 9:00 a.m. be continued to January 19, 2007 at 9:00 a.m. before the above-entitled Court.

1

2    IT IS SO ORDERED.

3

4    DATED: January __10__, 2007

   _____
5  Jeremy Fogel, Judge
   UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER RE CONTINUATION OF JANUARY 12, 2007 HEARING DATE

TEAU & PEEBLES, LLP
1001 SECOND ST.