| | |
|---|---|
| 1 | DENNIS M. COTA, SBN 127992 |
| | COTA, DUNCAN & COLE |
| 2 | 2241 Douglas Blvd. Suite 250 |
| | Roseville, California 95661 |
| 3 | Telephone: (916) 780-9009 |
| | Telecopier: (916) 780-9050 |
| 4 | E-Mail: dcota@cotalawfirm.com |

**E-filed 2/1/07**

Attorneys for Defendants,
County of Madera

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PICAYUNE RANCHERIA OF THE
CHUKCHANSI INDIANS,

    Plaintiffs,

v.

COUNTY OF MADERA, et al.,

    Defendants.

Case No. C 06-07613-JF-PVT
Judge: Honorable ~~Ronald M. Whyte~~
    Jeremy Fogel

**SUBSTITUTION OF ATTORNEYS
[~~PROPOSED~~] ORDER**

///
///
///
///
///

SACRAMENTO\AMCKELVEY\38944.2      SUBSTITUTION OF ATTORNEYS

THE COURT AND ALL PARTIES ARE NOTIFIED that the County of Madera makes the following substitution:

1. **Former legal representative:** Dennis M. Cota, Best Best & Krieger, 400 Capitol Mall Suite 1650, Sacramento, California 95814; telephone: (916) 325-4000.

2. **New legal representative:** Dennis M. Cota, Cota, Duncan & Cole, 2241 Douglas Blvd. Suite 250, Sacramento, California 95814; telephone (916) 780-9009.

3. The party making the substitution is the defendant in the above and foregoing matter.

I consent to this substitution.
Dated: 1/17/07

COUNTY OF MADERA
By: _____
DAVID A. PRENTICE
MADERA COUNTY COUNSEL

I consent to this substitution.
Dated: 1/1/07

BEST BEST & KRIEGER LLP
By: _____
THOMAS R. GIBSON

I consent to this substitution.
Dated: 1/12/07

COTA, DUNCAN & COLE
By: _____
DENNIS M. COTA

IT IS SO ORDERED

Dated: 2/1/07

Honorable ~~Ronald M. Whyte~~ Jeremy Fogel
United States District Court

SACRAMENTO\AMCKELVEY\38944.2 — - 1 - — SUBSTITUTION OF ATTORNEYS

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am a member of the bar of this Court. My business address is COTA DUNCAN & COLE, 2241 Douglas Avenue, Suite 250, Roseville, California 95661. On January 19, 2007, I served the following document by the method indicated below:

**SUBSTITUTION OF ATTORNEYS [PROPOSED] ORDER**

[XX]   by personally delivering the document listed above to the person(s) at the address(es) set forth below.

John M. Peebles
Michael A. Robinson
Darcie L. Houck
Patricia R. Lenzi
Monteau & Peebles, LLP
Northern District Court of California
280 South 1st Street
San Jose, CA 95113

*Attorneys for Plaintiff*
*The Picayune Rancheria of the*
*Chukchansi Indians*

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on January 19, 2007, at San Jose, California.

_____
Dennis M. Cota

SUBSTITION OF ATTORNEYS
Case No. C 06-07613-JF-PVT