1  DENNIS M. COTA, Bar No. 127992
   DEREK P. COLE, Bar No. 204250
2  COTA DUNCAN & COLE
   2241 Douglas Boulevard, Suite 250
3  Roseville, California  95661
   Telephone:    (916) 780-9009
4  Facsimile:    (916) 780-9050                    *efiled 3/7/07

5  Attorneys for Defendants
   The County of Madera, The Board of Supervisors of
6  the County of Madera, Thomas P. Kidwell, Tracy
   Desmond Kennedy, Rayburn Beach, and The County
7  of Madera Planning Department

8

9                       UNITED STATES DISTRICT COURT

10                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  The PICAYUNE RANCHERIA OF CHUKCHANSI INDIANS, a federally | Case No. 06-CV-07613 JF PVT |
| 13  recognized Indian Tribe, | STIPULATION RE JOINDER OF PARTIES; [PROPOSED] ORDER |
| 14              Plaintiff, | |
| 15        v. | [FRCP 20] |
| 16  The COUNTY OF MADERA, a political subdivision of the State of California; The | |
| 17  BOARD OF SUPERVISORS OF THE COUNTY OF MADERA; THOMAS P. | |
| 18  KIDWELL, County of Madera Tax Assessor; TRACY DESMOND KENNEDY, County of | |
| 19  Madera Treasurer/Collector; RAYBURN BEACH, County of Madera Planning Director; | |
| 20  The COUNTY OF MADERA PLANNING DEPARTMENT, | |
| 21 | |
| 22              Defendants. | |

STIPULATION RE JOINDER OF PARTIES; [PROPOSED] ORDER
Case No. 06-CV-07613 JF PVT

1   IT IS HEREBY STIPULATED by and between Plaintiff PICAYUNE RANCHERIA
2   OF THE CHUKCHANSI INDIANS ("Tribe") and Defendants COUNTY OF MADERA,
3   BOARD OF SUPERVISORS OF THE COUNTY OF MADERA, THOMAS P. KIDWELL,
4   TRACY DESMOND KENNEDY, RAYBURN BEACH, and the COUNTY OF MADERA
5   PLANNING DEPARTMENT (collectively "County") that the following parties shall be joined in
6   the above-entitled action in the capacities designated:

   Chukchansi Economic Development Agency ("CEDA") as party Plaintiff

   McCarthy Building Companies, Inc., as party Plaintiff

   Yosemite Unified School District ("Schools") as party Defendant

The parties stipulate that the requested joinder is appropriate here to achieve the parties' objectives of bringing within this Court's jurisdiction all parties holding an interest in the above-entitled litigation and the resolution of that litigation. The threshold criteria of FRCP 20 are satisfied here, in that the proposed co-Plaintiffs are jointly asserting the claims against these Defendants arising out of the same series of transactions at issue in the pending litigation, and the fact that as to both the co-Plaintiffs and party Defendants, there are common questions of law and fact arising from the declaratory relief and injunction action at issue.

By the signature of their authorized representative below, the proposed co-Plaintiffs, Chukchansi Economic Development Agency ("CEDA") and McCarthy Building Companies, Inc., and proposed additional party Defendant, Yosemite Unified School District, confirm their respective acceptance of the stipulated joinder and proposed order.

Dated: February 27, 2007                COTA DUNCAN & COLE

                                        By:   /s/ Dennis M. Cota
                                              Dennis M. Cota
                                              Attorneys for Defendants
                                              The County of Madera, The Board of
                                              Supervisors of the County of Madera,
                                              Thomas P. Kidwell, Tracy Desmond
                                              Kennedy, Rayburn Beach, and The
                                              County of Madera Planning Department

-2-

| | | |
|---|---|---|
| 1 | Dated: February 28, 2007 | TRAINOR FAIRBROOK |
| 2 | | |
| 3 | | By: /s/ Gary M. Funamura |
| | | Gary M. Funamura |
| 4 | | Attorneys for Defendant |
| | | McCarthy Building Companies, Inc. |

Dated: February 28, 2007                    MONTEAU & PEEBLES LLP


By: /s/ John M. Peebles
    John M. Peebles
    Attorneys for Plaintiff
    The Picayune Rancheria of Chukchansi
    Indians

AGREED AND ACCEPTED:

Dated: February 27, 2007                    DEGOEDE DUNNE & MARTIN


By: /s/ Raymond W. Dunne
    Raymond W. Dunne
    Attorneys for Yosemite Unified School
    District

Dated: February 28, 2007                    MONTEAU & PEEBLES LLP


By: /s/ John M. Peebles
    John M. Peebles
    Attorneys for Chukchansi Economic
    Development Agency

**ORDER**

IT IS SO ORDERED.

Dated: 3/2/07

Jeremy Fogel
United States District Court Judge

-2-
STIPULATION RE JOINDER OF PARTIES; [PROPOSED] ORDER
Case No. 06-CV-07613 JF PVT